STATE of Missouri, Plaintiff/Respondent,

v.

Richard D. EDGAR, Defendant/Appellant.

No. 62312.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 28, 1993.

Sara Serot, Public Defender, St. Charles, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant appeals his conviction, by a jury, of attempting to steal a motor vehicle, § 564.011, RSMo 1986. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).